814

No. 1196, Misc. GOMEZ v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1203, Misc. CRAWLEY v. MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 1204, Misc. LOSIEAU v. NEBRASKA. Supreme Court of Nebraska. Certiorari denied.

No. 1206, Misc. TRAILOR v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 1212, Misc. BROWNE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1215, Misc. ELDER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1216, Misc. GREEN v. BETO, CORRECTIONS DIRECTOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 1218, Misc. TILLMAN v. PATE, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 1219, Misc. DAVENPORT v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1233, Misc. McDANIEL v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Carman F. Ball* and *Irma R. Thorn* for respondent.